| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>5325 Nottingham Drive, Ste. E<br>Baltimore, MD  21236 | * <br> * | IN THE <br><br> CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE COUNTY |
| THE HARTFORD INSURANCE GROUP<br>One Hartford Plaza<br>Hartford, CT  06155 | *<br><br>* | Case No.: |
| Serve On:<br>Maryland Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, MD  21202 | *<br><br>*<br><br>* | |
| And | * | |
| MICHELLE BLOUNT<br>3908 Hayward Avenue<br>Baltimore, MD  21215 | *<br><br>* | |
| And | * | |
| ADRIANNE SEALY<br>3908 Hayward Avenue<br>Baltimore, MD  21215 | *<br><br>* | |
| And | * | |
| MICHAEL BLOUNT, JR.<br>3908 Hayward Avenue<br>Baltimore, MD  21215 | *<br><br>* | |
| And | * | |
| M▓▓▓▓ B▓▓▓▓▓, a Minor,<br>By his Mother and Next Friend,<br>MARLO BLOUNT<br>3908 Hayward Avenue<br>Baltimore, MD  21215 | *<br><br>*<br><br>* | |
| And | * | |

LAW OFFICES
HYATT & WEBER, P.A.
SEVERN BANK BUILDING
200 WESTGATE CIR., #500
ANNAPOLIS, MD 21401

(410) 266-0626
FAX - (410) 841-5065

```
E████S████, a Minor, by her          *
Father and Next Friend,
GLEN A. SEALEY                        *
4803 W. Forest Park
Baltimore, MD  21207                  *

STANLEY ROCHKIND                      *
5616 Park Heights Ave.
Baltimore, MD  21215                  *

N.B.S., INC.                          *
5616 Park Heights Ave.
Baltimore, MD  21215                  *

     Serve On:                        *
     Stanley Rochkind
     5616 Park Heights Ave.           *
     Baltimore, MD  21215
                                      *
     Defendants
*    *    *    *    *    *    *    *    *    *    *    *    *
```

## COMPLAINT

Plaintiff, Allstate Insurance Company ("Allstate") by its attorneys, Paul J. Weber and Hyatt & Weber, P.A. files this Complaint against The Hartford Insurance Group ("The Hartford") for declaratory relief pursuant to Courts and Judicial Proceedings Article of the Maryland Annotated Code, §3-401, *et seq.*, and further adds Michelle Blount, Adrianne Sealey, Michael Blount, Jr., M████B████, A Minor, by his Mother and Next Friend, Marlo Blount, E████S████, A Minor, by her Father and Next Friend, Glen A. Sealey, Stanley Rochkind, N.B.S., Inc. as parties in interest pursuant to §3-405 of Courts and Judicial Proceedings Article.

### I. PARTIES

1.   Allstate is a Delaware corporation, licensed to conduct business in Maryland. Allstate issued a Personal Umbrella Policy, Policy No.: 028737150 to Stanley Rochkind.

2. The Hartford is a Delaware corporation, licensed to conduct business in Maryland. The Hartford issued the following policies (among others) to Stanley Rochkind and/or various entities affiliated with Mr. Rochkind:

> CP&L Policies 30 SBNCM3087; Policy Periods 8/24/89 – 10/28/05;
> Issued to Stanley Rochkind t/a NBS;
>
> CP&L Policies 30 SBNCN7142; Policy Periods 12/30/89 – 12/30/92;
> Issued to Stanley Rochkind and Rhoda Rochkind t/a Broad Street, Inc.;
>
> CP&L Policies 30 SBLCN 7142; Policy Periods 12/30/92 – 12/28/94;
> Issued to Stanley Rochkind and Rhoda Rochkind t/a Broad Street, Inc.;
>
> CP&L Policies 30 SBARCC 2736; Policy Periods 3/28/87 – 3/28/90;
> Issued to Stanley and Rhoda Rochkind t/a Mulberry Street Partnership.

3. On or about January 5, 2009, Michelle Blount, Adrianne Sealey, Michael Blount, Jr., M▬B▬, A Minor, by his Mother and Next Friend, Marlo Blount, E▬ S▬ filed a Complaint and Demand for Jury Trial in the Circuit Court for Baltimore City, Case No.: 24-C-09-000019 LP (Complaint attached as Exhibit A). In this Complaint, Plaintiffs allege exposure to lead while visiting or residing at 4906 Queensbury Avenue during the years 1990 through 1995. (Exhibit A, Page 11, Paragraph 24). Plaintiffs allege that in 1990 to 1995, 4906 Queensbury Avenue was owned and/or was controlled by Stanley Rochkind and NBS, Inc.

4. Stanley Rochkind is a resident of Baltimore County, Maryland, residing at 1003 Smoke Tree Lane, Baltimore, MD 21218.

5. NBS, Inc. has its principle place of business at 5616 Park Heights Avenue in Baltimore County, Maryland.

## II. JURISDICTION AND VENUE

6. This Court has personal jurisdiction over Stanley Rochkind as he is a resident of the State of Maryland.

7. This Court has personal jurisdiction over N.B.S., Inc. as it has its principle place of business in Baltimore County, Maryland.

8. This Court has personal jurisdiction over Allstate, and The Hartford pursuant to Sections 6-102 and 6-103 of the Courts and Judicial Proceedings Article of the Maryland Annotated Code.

9. This Court is an appropriate venue for this dispute as Allstate, The Hartford, and N.B.S. Inc. carry on regular business in Baltimore County and Stanley Rochkind is a resident of Baltimore County, Maryland.

### III. FACTS

10. On or about January 5, 2009, Plaintiffs filed a Complaint and Demand for Jury Trial in the Circuit Court for Baltimore City (Exhibit A). Plaintiffs in that action allege exposure to lead causing injury while residing at 4906 Queensbury Avenue during the years 1990 to 1995. Plaintiff alleges that Stanley Rochkind and N.B.S., Inc. owned and controlled 4906 Queensbury Avenue from 1990 to 1995.

11. Allstate Insurance Company issued a Personal Umbrella Policy, Policy No.: 028737150 providing excess personal coverage for Stanley Rochkind during the years 1990 to 1995.

12. Allstate has participated in the defense of Stanley Rochkind and NBS, Inc. pursuant to the terms of the policies and pursuant to Brohawn v. Transamerica Insurance Co., 276 Md. 396, 409, 347 A.2d 842, 851 (1975), Aetna Casualty & Surety Co. v. Cochran, 337 Md. 98, 102, 651 A.2d 859, 861 (1995), and Litz v. State Farm Fire and Casualty Co., 346 Md. 217, 231, 695 A.2d 566, 572 (1997).

13.     The Hartford was placed on notice of the litigation pending in the Circuit Court for Baltimore City and the underlying claim on or about February 20, 2009.  See Exhibit B, attached.

14.     The Hartford insured, Stanley Rochkind, and the Plaintiff in this matter, Allstate, each requested copies of policies issued by The Hartford which would provide coverage for the West claim specifically and for lead claims, generally.  To date, The Hartford has failed to produce the policies identified in this Complaint.

15.     In spite of being on notice of the underlying litigation and the underlying claim since February 20, 2009, The Hartford has failed to provide a defense or to participate in the defense of Stanley Rochkind and/or N.B.S., Inc. in the underlying litigation.

16.     In spite of being on notice of the pending litigation and the underlying claim since February 20, 2009, The Hartford has provided no position on coverage provided by its policies of insurance issued to Stanley Rochkind and/or N.B.S., Inc.

17.     The defense for and indemnification of this claim was tendered to The Hartford on July 20, 2009 (Copy of tender letter attached as Exhibit C).  There has been no response from The Hartford.

## IV. DECLARATORY JUDGMENT

18.     The allegations set forth in each of the preceding paragraphs are incorporated herein by reference.

19.     Upon information and belief, The Hartford has issued liability policies of insurance coverage to Stanley Rochkind and N.B.S., Inc. which provided coverage to Mr. Rochkind during the years relevant to the claims made in the pending underlying litigation.

20.  The Hartford has failed to provide copies of the relevant policies, failed to provide a defense required by those policies and by Maryland law, and has failed to provide its position on coverage.

21.  The underlying litigation is proceeding to trial in the Circuit Court for Baltimore City without the participation of and the coverage provided by The Hartford, to the detriment of Allstate, The Hartford's insureds, Stanley Rochkind and N.B.S., Inc.

22.  An actual and immediate controversy exists between Allstate and The Hartford with respect to The Hartford's duties and obligations under the policies of insurance in effect between The Hartford and Stanley Rochkind and/or N.B.S., Inc.

23.  Allstate is entitled to a determination of the duties of The Hartford under the terms of policies issued by The Hartford to Stanley Rochkind and his corporate entities pursuant to Maryland Annotated Code, Courts and Judicial Proceedings Article Sections 3-401, *et. seq.*

24.  There is an actual present and practical need for the declaration, which deals with a present, ascertained or ascertainable state of facts or present controversy as to a state of facts and will terminate controversy and remove any uncertainty.

WHEREFORE, Allstate Insurance Company respectfully requests that this Court enter an Order declaring that there is coverage under the policies of insurance issued by The Hartford Insurance Group to Stanley Rochkind and/or N.B.S., Inc. for damages arising from any claims that Plaintiffs sustained bodily injury made in the underlying litigation, Michelle Blount, et al. v. K.&M. Associates, et al., Case No.: 24-C-09-000019 LP, pending in the Circuit Court for Baltimore City.

Respectfully submitted,

HYATT & WEBER, P.A.

_____
Paul J. Weber
200 Westgate Circle, Ste. 500
Annapolis, MD 21401
(410) 266-0626

*Attorneys for Plaintiff Allstate*

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of September, 2009, a copy of the foregoing Complaint was mailed first class, postage prepaid to:

Michelle Blount
3908 Hayward Avenue
Baltimore, MD 21215

Adrianne Sealey
3908 Hayward Ave.
Baltimore, MD 21215

Michael Blount, Jr.
3908 Hayward Ave.
Baltimore, MD 21215

M███ B███, A Minor,
By his Mother and Next Friend,
Marlo Blount
3908 Hayward Ave.
Baltimore, MD 21215

E███ S███, A Minor, by her
Father and Next Friend,
Glen A. Sealey
4803 W. Forest Park
Baltimore, MD 21207

Stanley Rochkind
5616 Park Heights Ave.
Baltimore, MD 21215

N.B.S., Inc.
c/o Stanley Rochkind
5616 Park Heights Ave.
Baltimore, MD 21215

_____
Paul J. Weber
HYATT & WEBER, P.A.
200 Westgate Circle, Ste. 500
Annapolis, MD 21401
(410) 266-0626

*Attorneys for Plaintiff Allstate*